# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | |
| **NICHOLE PETERSON** | ) | |
|     **Plaintiff** | ) | |
| | ) | |
| **V.** | ) | |
| | ) | **Civ. Act. No.:** |
| **PLYMOUTH SEA TOURS, LLC** | ) | |
| **d/b/a CAPTAIN JOHN BOATS** | ) | |
|     **Defendant** | ) | |
| _____ | ) | |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR TRIAL

Now comes the Plaintiff in the above-entitled matter and by and through her attorneys submits the Plaintiff's Complaint and Demand for Jury Trial.

## THE PARTIES

1.  The Plaintiff, Nichole Peterson, is a resident of Baltimore, County of Baltimore, State of Maryland.

2.  The Defendant, Plymouth Sea Tours, LLC, is a limited liability company organized under the laws of Massachusetts, with its principal place of business in Plymouth, County of Plymouth, Commonwealth of Massachusetts.

3.  On or about August 20, 2016, the Defendant, Plymouth Sea Tours, LLC, was doing business in the Commonwealth of Massachusetts under the fictitious name Captain John Boats.

## GENERAL FACTUAL ALLEGATIONS

4.  On or about August 20, 2016, the Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats offered to the general public deep-sea fishing excursions departing from the Town Wharf in Plymouth, Massachusetts.

5.  On or about August 20, 2016, the Plaintiff, Nichole Peterson purchased a ticket for a deep-sea fishing excursion with the Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats.

6.  On or about August 20, 2016, the Plaintiff, Nichole Peterson, boarded the M/V ANGLER at the Town Wharf in Plymouth, Massachusetts, for a deep-sea fishing excursion with the Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats.

7.  On or about August 20, 2016, the Plaintiff, Nichole Peterson, boarded an unknown vessel at the Town Wharf in Plymouth, Massachusetts for a deep-sea fishing excursion with the Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats.

8.  On or about August 20, 2016, the Plaintiff, Nichole Peterson, boarded the M/V ANGLER using a gangway/ramp.

9.  On or about August 20, 2016, the Plaintiff, Nichole Peterson, boarded the unknown vessel using a gangway/ramp.

10. On or about August 20, 2016, the Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats owned the M/V ANGLER.

11. On or about August 20, 2016, the Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats owned the unknown vessel.

12. On or about August 20, 2016, the Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats owned the gangway/ramp.

13. On or about August 20, 2016, the Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats operated the M/V ANGLER.

14. On or about August 20, 2016, the Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats operated the unknown vessel.

15. On or about August 20, 2016, the Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats was responsible for the gangway/ramp.

16. On or about August 20, 2016, the Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats repaired and maintained the gangway/ramp.

17. On or about August 20, 2016, the Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats provided the gangway/ramp to its passengers to board vessels for deep-sea fishing excursions.

18. On or about August 20, 2016, the Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats controlled the M/V ANGLER.

19. On or about August 20, 2016, the Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats controlled the unknown vessel.

20. On or about August 20, 2016, the Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats controlled the gangway/ramp.

21. The Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats chartered the unknown vessel from some other person or entity such that, on or about August 20, 2016, the Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats was the owner *pro hac vice* of the unknown vessel.

22. The Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats chartered the M/V ANGLER from some other person or entity such that, on or about August 20, 2016, the Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats was the owner *pro hac vice* of the M/V ANGLER.

23. On or about August 20, 2016, the M/V ANGLER was located in navigable waters in Plymouth Harbor.

24. On or about August 20, 2016, the unknown vessel was located in navigable waters in Plymouth Harbor.

25. On or about August 20, 2016, and while the M/V ANGLER was still at the Town Wharf in Plymouth, Massachusetts, the Plaintiff's husband suffered a medical emergency and was taken off the vessel by emergency responders.

26. On or about August 20, 2016, and while the unknown vessel was still at the Town Wharf in Plymouth, Massachusetts, the Plaintiff's husband suffered a medical emergency and was taken off the vessel by emergency responders.

27. The Plaintiff, Nichole Peterson, then walked to the gangway/ramp to disembark the M/V ANGLER and rejoin her husband.

28. The Plaintiff, Nichole Peterson, then walked to the gangway/ramp to disembark the unknown vessel and rejoin her husband.

29. As she travelled down the gangway/ramp it moved and/or shifted, causing her to fall and sustain personal injuries, including but not limited to fractures of her left foot/ankle.

30. Prior to and at the time she sustained the above-mentioned personal injuries, the Plaintiff, Nichole Peterson, was exercising due care.

## JURISDICTION

31. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332 as there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

32. Alternatively, this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1333.

**COUNT I-NEGLIGENCE**
**Nichole Peterson v. Plymouth Sea Tours, LLC, d/b/a Captain John Boats**

33. The Plaintiffs reiterates the allegations set forth in paragraphs 1-32 above.

34. The personal injuries sustained by the Plaintiff, Nichole Peterson, were not caused by any fault on her part, but were caused by the negligence of the Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats, its agents, servants and/or employees, including without limitation in the following manner:

   a. Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats, its agents, servants and/or employees, failed to use reasonable care in securing or keeping secure the gangway/ramp which created an unreasonable risk of injury;

   b. Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats, its agents, servants and/or employees, negligently instructed and/or allowed the Plaintiff, Nichole Peterson, to disembark the M/V ANGLER or unknown vessel using the gangway/ramp knowing that it was not reasonably secure, which created an unreasonable risk of injury.

   c. Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats, its agents, servants and/or employees, negligently operated the M/V ANGLER or unknown vessel while the Plaintiff was disembarking using the gangway/ramp, which created an unreasonable risk of injury.

   d. Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats, its agents, servants and/or employees, negligently failed to provide the Plaintiff with a reasonably safe means of egress from the M/V ANGLER or unknown vessel.

   e. The Defendant was further negligent in other respects as may be revealed during discovery and shown at trial.

5

35. As a result of said injuries, the Plaintiff, Nichole Peterson, has suffered pain of body and anguish of mind, lost time from her usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages, as will be shown at trial.

WHEREFORE, the Plaintiff demands judgment against the Defendant, Plymouth Sea Tours, LLC, d/b/a Captain John Boats, its agents, servants and/or employees for all damages, recoverable under the law against the Defendant, together with interest and costs.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES RAISED HEREIN.**

Respectfully submitted for the
the Plaintiff, NICHOLE PETERSON,
by her attorney,

Dated: 5/16/2019

/s/  Jonathan E. Gilzean
Jonathan E. Gilzean, Esq.
BBO # 679164
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000